UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY WALKER,                                          :
                                                      :
        Plaintiff,                                    :   Civil Action
v.                                                    :   No. 04-11034-GAO
                                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A                  :
INTERNEURON PHARMACEUTICALS, INC.;                    :
WYETH, INC., F/K/A AMERICAN HOME                      :
PRODUCTS CORPORATION; WYETH                           :
PHARMACEUTICALS, INC F/K/A WYETH-                     :
AYERST PHARMACEUTICALS, INC., A                       :
DIVISION OF AMERICAN HOME PRODUCTS                    :
CORPORATION; AND BOEHRINGER                           :
INGELHEIM PHARMACEUTICALS, INC.,                      :
                                                      :
        Defendants.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 9, 2004                Respectfully submitted,
       Boston, Massachusetts

                                     /s/Matthew J. Matule
                                     Matthew J. Matule (BBO #632075)
                                     SKADDEN, ARPS, SLATE,
Of Counsel:                            MEAGHER & FLOM LLP
Barbara Wrubel                       One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                       Counsel for Defendant,
                                     Indevus Pharmaceuticals, Inc.